IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Mr. BRANDON FULTON<br><br>Plaintiff,<br><br>v.<br><br>FULTON COUNTY BOARD OF COMMISSIONERS, PAUL L. HOWARD, Jr., Esq. (in his individual capacity), and Ms. REBECCA GUINN (in her individual capacity),<br><br>Defendants. | ) | CIVIL ACTION NO.<br>1:20cv01936-SCJ |

**DISMISSAL OF DEFENDANT REBECCA GUINN WITHOUT PREJUDICE**

COMES NOW Mr. Brandon Fulton, Plaintiff, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismisses his claims against Defendant Rebecca Guinn without prejudice. Pursuant to this Rule, the required stipulations follow:

Respectfully submitted, this 20th day of October, 2020.

/s/ John C. Edwards
Georgia Bar No. 241125
Attorney for Plaintiff
JOHN EDWARDS LAW GROUP, LLC
270 East Main Street
Suite C
Canton, Georgia 30114
Telephone: (770) 345-8200
Email: john@johnedwardslaw.com

/s/ Konrad Ziegler
Georgia Bar No. 178342
Attorneys for Plaintiff
LEE & ZIEGLER, LLP
150 North Street
Suite M
Canton, Georgia 30114
Telephone: (678) 871-0501
Email: kziegler@leeandzieglerlaw.com

So stipulated by:

HAWKINS PARNELL & YOUNG, LLP

/s/ C. Shane Keith
C. Shane Keith
Georgia Bar No. 411317
303 Peachtree Street, NE, Suite 4000
Atlanta, Georgia 30308
Telephone: (404) 614-7400
Email: skeith@hpylaw.com
Counsel for Defendant Guinn

OFFICE OF THE FULTON COUNTY ATTORNEY

/s/ Jonathan Loegel
Jonathan Loegel
141 Prior Street, SW
Suite 4038
Atlanta, Georgia 30303
jonathan.loegel@fultoncountyga.gov
Telephone: (404) 612-0246
Email: jonathan.loegel@fultoncountyga.gov
Counsel for Defendant Fulton County Board of Commissioners