IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| Mr. BRANDON FULTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:20-cv-01936-SCJ |
| PAUL L. HOWARD, Jr., Esq. | ) | |
| (in his individual capacity), | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW Mr. Brandon Fulton, by and through Counsel, and respectfully requests, pursuant to Federal Rule of Civil Procedure 15, to amend his Complaint, showing this Honorable Court as follows:

**ARGUMENT AND CITATION OF AUTHORITY**

**I. Motion for leave to add an additional alternative count.**

Mr. Fulton respectfully requests leave to amend his Complaint to add the following Count against Defendant Paul Howard as an alternative to Count II. The standard for granting leave to amend is "The

court should freely give leave when justice so requires." Rule 15(a)(1)(B)(2); *see, e.g.*, "After a responsive pleading has been served, a plaintiff may amend a complaint by leave of court, and 'leave shall be freely given when justice so requires.'" *McKinley v. Kaplan*, 177 F.3d 1253, 1255 (11th Cir. 1999).

## COUNT IV

## VIOLATION OF PROCEDURAL DUE PROCESS

34. At all times after the above dismissal, Mr. Fulton has and continues to have a property interest in the horses.

35. Mr. Howard had and continues to have a duty under Georgia case law, including, but not limited to, *Robertson v. Porter*, 1 Ga. App. 223, 57 S.E. 993 (1907), *Padgett v. Sturgis*, 6 Ga. App. 544, 65 S.E. 352 (1909), *Chappell v. Stapleton*, 58 Ga. App. 138, 198 S.E. 109 (1938), *Balkcom v. Heptinstall*, 152 Ga. App. 539, 541, 263 S.E.2d 275, 277 (1979); and *Norman v. Yeager*, 335 Ga. App. 470, 472, 781 S.E.2d 580, 582 (2016), to return or to direct to be returned the horses or their equivalent value to Mr. Fulton as the rightful owner.

36. Mr. Howard's continued failure to return or direct to be returned Mr. Fulton's horses deprived Mr. Fulton of procedural due process

## CONCLUSION

For the above reasons, Mr. Fulton should be granted leave to amend his Complaint.

        Respectfully submitted,

        /s/ John C. Edwards
        Georgia Bar No. 241125
        Attorney for Plaintiff
        JOHN EDWARDS LAW GROUP, LLC
        270 East Main Street
        Suite C
        Canton, Georgia 30114
        Telephone: (770) 345-8200
        Email: john@johnedwardslaw.com

        /s/ Konrad Ziegler
        Georgia Bar No. 178342
        Attorneys for Plaintiff
        LEE & ZIEGLER, LLP
        150 North Street
        Suite M
        Canton, Georgia 30114
        Telephone: (678) 871-0501
        Email: kziegler@leeandzieglerlaw.com

(Statement of Compliance following)

## **STATEMENT OF COMPLIANCE**

This is to certify that the foregoing Response is formatted in Century Schoolbook 14 pt. font in accordance with all requirements of Local Rule 5.1.

# **CERTIFICATE OF SERVICE**

I have on this day served the foregoing *Motion for Leave to Amend Complaint* by this Court's CM/ECF filing system upon all counsel of record:

Noah Green, Esq.
Henefeld & Green, PC
3017 Bolling Way NE
Suite 129
Atlanta, Georgia 30305-2205
ngreen@henefeldgreen.com

So served this 17th day of December, 2021.

                LEE & ZIEGLER, LLP

                /s/ Konrad Ziegler
                KONRAD G.W. ZIEGLER
                Georgia Bar No. 178342
                Attorney for
                Mr. Brandon Fulton